No. 99–1579. DONAT *v.* VBB IV, INC., ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–1581. HIZAM *v.* MOSSA. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 99–1590. VELARDI *v.* NEW YORK CITY FIRE DEPARTMENT PENSION FUND. C. A. 2d Cir. Certiorari denied.

No. 99–1605. BARNES ET AL. *v.* CITY OF HOUSTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1609. THEN *v.* MAINE DEPARTMENT OF HUMAN SERVICES; and

No. 99–8956. THEN *v.* MAINE DEPARTMENT OF HUMAN SERVICES. Sup. Jud. Ct. Me. Certiorari denied. Reported below: 742 A. 2d 911.

No. 99–1611. HUTCHINSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF HUTCHINSON, DECEASED, ET AL. *v.* PFEIL ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–1616. PUNCHARD *v.* LUNA COUNTY COMMISSION ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–1658. BELANGER *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 99–1660. STEPARD ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–1682. VENTURE FUNDING, LTD. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 99–1699. VONDERHEIDE *v.* INTERNAL REVENUE SERVICE. C. A. 6th Cir. Certiorari denied.